# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

3B MEDICAL, INC.,

    Plaintiff,

v.

RESMED CORP.,

    Defendant.

**CASE NO. 8:15-cv-546-SDM-TBM**

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff 3B Medical, Inc. ("3B Medical") and Defendant ResMed Corp. ("ResMed"), jointly move this Court to enter an agreed protective order, a copy of which is attached to this motion. Grounds for this motion appear in the following memorandum of law.

## MEMORANDUM OF LAW

The parties are engaged in discovery that calls for the production of confidential commercial information. The parties wish to ensure the continuing confidentiality of that information. Accordingly, the parties have prepared and agreed upon a Protective Order, which is attached to this motion.

Federal Rule of Civil Procedure 26(c)(1) authorizes the entry of protective orders upon a showing of "good cause." Good cause exists for entry of this Order because discovery in this case is expected to involve sensitive commercial information, such as customer agreements, pricing information and other materials that are not in the public domain or otherwise available to the public or a party's competitors. *See Moore v. Lender Processing Servs.*, 2012 U.S. Dist.

Lexis 149347, at *5 (M.D. Fla. Oct. 16, 2012). Furthermore, good cause exists for entry of this Order "to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection." *Merrett v. Liberty Mut. Ins. Corp.*, 2011 U.S. Dist. Lexis 122676, at *2 (M.D. Fla. Oct. 11, 2011) (citing *McCarthy v. Barnett Bank of Polk County*, 876 F.2d 89, 91 (11th Cir. 1989); *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987)); *see also Moore*, 2012 U.S. Dist. Lexis 149347, at *5-6 ("an umbrella protective order ... is necessary in this case because a document-by-document review of discovery materials would not be practicable and the order will expedite the flow of discovery material; promote the prompt resolution of disputes over confidentiality; and facilitate the preservation of truly confidential material, trade secrets, and commercial or proprietary information.").

## CONCLUSION

WHEREFORE, 3B Medical and ResMed jointly move this Court to enter the parties' agreed Protective Order.

Respectfully submitted, this 1st day of June, 2015.

                              THOMAS & LoCICERO PL

                              */s/*James J. McGuire
                              James J. McGuire
                                 Florida Bar No. 187798
                              601 South Boulevard
                              Tampa, FL 33606
                              Telephone: (813) 984-3062
                              Facsimile: (813) 984-3070
                              jmcguire@tlolawfirm.com

and

Daniel Kotchen (*pro hac vice*)
Daniel Low (*pro hac vice*)
Michael von Klemperer (*pro hac vice*)
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, D.C. 20009
Telephone: (202) 471-1995
Facsimle:   (202) 280-1128
dkotchen@kotchen.com
dlow@kotchen.com
mvk@kotchen.com

*Attorneys for Plaintiff 3B Medical, Inc.*

/s/ Christopher R.J. Pace
Christopher R.J. Pace (FBN 0721166)
JONES DAY
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone: 305.714.9700
Fax: 305.714.9799
E-mail:crjpace@jonesday.com

and

Jeffrey A. LeVee (*pro hac vice*)
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, California 90071
Telephone: 213.489.3939
Fax: 213.243.2539
Email: jlevee@jonesday.com

*Attorneys for Defendant RESMED CORP.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document will be served by electronic service through the Clerk of the Court's CMECF filing system.  I further certify that the foregoing document will be mailed by first class mail, postage prepaid, to any parties that do not participate in the CMIECF filing system.

Dated:  June 1, 2015.

/s/ James J. McGuire
Attorney